IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JASON GEER**, individually and on behalf of all others similarly situated, | Case No: 1:23-cv-01058 |
| Plaintiffs, | Hon. Robert Jonker |
| v. | |
| **TH PLASTICS, INC.**, a corporation, | |
| Defendant. | |

**STIPULATED ORDER FOR FLSA COLLECTIVE ACTION NOTICE**

The parties have agreed to the terms of this Stipulated Order for FLSA Collective Action Notice ("Stipulated Order"); accordingly, it is ORDERED:

1. The Court approves that the notice and consent form, attached hereto as Exhibits A and B, may be directed to the collective defined as "All current and former hourly employees who worked for TH Plastics, Inc. during the past three years and were paid incentive pay and/or an attendance bonus" (the "FLSA Collective").

2. The Court approves the form and substance of the Notice and Consent to Join Form attached hereto as **Exhibit A**.

3. The Court approves the form and substance of the Text Message Notice attached hereto as **Exhibit B**.

4. Kevin J. Stoops and Paulina R. Kennedy of the law firm Sommers Schwartz, P.C. are designated as counsel for the FLSA Collective members.

5. Defendant shall provide, in Excel format, the names, last known addresses, last known e-mail addresses, last known telephone numbers, most recent job classifications, and

3

dates of employment for all of the putative members of the FLSA Collective to Plaintiffs' counsel, no later than 21 days after the entry of this Stipulated Order by the Court.

6. Plaintiffs' counsel shall be responsible for and bear all costs associated with publishing notice to the putative members of the FLSA Collective. Plaintiffs' counsel shall publish the proposed forms attached as Exhibits A and B to the individuals appearing on the list provided by Defendant via First-Class Mail, Electronic Mail, and text message as soon as practicable after receiving the employee list from Defendant. Distribution shall be limited to an initial mailing, e-mail transmission, and text message to each putative member of the FLSA Collective, along with a reminder e-mail notice at thirty (30 days), and skip trace and one re-mailing for any undeliverable mail. Plaintiffs' counsel shall provide written notice to Defendant's counsel of the date(s) on which the notice is published to the putative members of the FLSA Collective.

7. Besides the above-described notices, there shall be no further posting, publication, or distribution of the forms, nor any other information regarding Plaintiffs' claims, unless otherwise agreed by the parties.

8. Neither party shall initiate contact with any of the putative members of the FLSA Collective for the purpose of discussing the subject matter of, or their participation in, this lawsuit through the end of the Opt-In Period, except that Plaintiffs' counsel (or a third-party administrator) may contact putative members of the FLSA Collective whose notices are returned as undeliverable, in order to verify such individual's current address. Plaintiffs' counsel may respond to inquiries from putative members of the FLSA Collective during the Opt-In Period, and Plaintiffs' counsel may contact putative members of the FLSA Collective after they have submitted a consent form.

9. The Opt-In Period will close as to the putative members of the FLSA Collective no later than the 60th day following the date on which the notice is first published as provided herein ("Opt-In Period"). For FLSA Collective members who require a re-mailing following receipt of an undeliverable notice, the Opt-In Period shall be extended by no more than 14 days. Consent to Join Forms are considered timely only if they are postmarked before the expiration of the Opt-In Period.

10. The Parties are stipulating to notice solely in the interest of the efficient use of litigation resources. Notwithstanding any provision of this stipulation, nothing herein shall be construed as a concession by either party, an admission of liability, or prevent or prejudice Defendant's ability, or right, at any point in the future, to advance any argument that Plaintiff and other putative members of the FLSA Collective are not similarly situated within the meaning of the Fair Labor Standards Act, or any other defense to the action.

**IT IS SO ORDERED.**

Dated:    January 4, 2024

/s/ Robert J. Jonker

Hon. Robert J. Jonker
United States District Judge

6

Stipulated as to Content:

Dated:            December 15, 2023

                                                                          Respectfully Submitted,

*/s/ Kevin J. Stoops*                                              */s/ Dean F. Pacific*
Kevin J. Stoops (P64371)                            Dean F. Pacific (P57086)
Paulina R. Kennedy (P84790)                      Daniel S. Brookins (P86665)
Sommers Schwartz, P.C.                              Warner, Norcross + Judd LLP
One Towne Square, 17th Floor                     1500 Warner Building
Southfield, MI 48076                                   150 Ottawa Ave, N.W.
(248) 355-0300                                          Grand Rapids, MI 49503
kstoops@sommerspc.com                           (616) 752-2000
pkennedy@sommerspc.com                         dpacific@wnj.com
                                                                  dbrookins@wnj.com

*Attorneys for Plaintiff and the Proposed*         *Attorneys for Defendant*
*FLSA Collective*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **JASON GEER**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TH PLASTICS, INC.**, a corporation.<br><br>Defendant. | Case No: 1:23-cv-01058<br><br>Hon. Robert J. Jonker |

<u>**NOTICE OF RIGHT TO JOIN LAWSUIT**</u>

<u>**THIS IS NOT A LAWSUIT AGAINST YOU**</u>

<u>**READ THIS NOTICE CAREFULLY – YOUR LEGAL RIGHTS MAY BE AFFECTED**</u>

TO: All current and former hourly employees who worked for TH Plastics, Inc. during the past three years and were paid incentive pay and/or an attendance bonus.

RE: LAWSUIT FOR UNPAID WAGES UNDER THE FAIR LABOR STANDARDS ACT

**1.   <u>INTRODUCTION</u>**

This Notice is to inform you about a lawsuit in which you may be eligible to make a claim for damages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you are eligible and so choose.

**2.   <u>DESCRIPTION OF THE LAWSUIT</u>**

Plaintiff Jason Geer ("Plaintiff") filed this action against Defendant TH Plastics, Inc. ("Defendant") and alleges that Defendant failed to pay its hourly operations employees overtime wages for all work performed in excess of forty (40) hours per week. More specifically, Plaintiff alleges that Defendant failed to compensate hourly employees at the appropriate overtime rate using the FLSA's required "regular rate" calculation in connection with incentive pay and/or attendance bonuses.

1

Plaintiff alleges that he and all other hourly employees are entitled to unpaid overtime wages for the past three years, liquidated (double) damages, plus attorneys' fees and litigation expenses associated with bringing this lawsuit.

**3.      PERSONS ELIGIBLE TO RECEIVE THIS NOTICE**

The U.S. District Court for the Western District of Michigan authorized the distribution of this Notice to:

*All current and former hourly employees who worked for TH Plastics, Inc. during the past three years and were paid incentive pay or attendance bonuses.*

If you received this notice and fit the description above, you are eligible to join this lawsuit.

**4.      NO OPINION EXPRESSED AS TO MERITS OF LAWSUIT**

This Notice is meant only to provide eligible individuals information about their right to join this lawsuit if they wish. This litigation is in the early pretrial stage and no determinations of liability have been made.

Although this Notice and its contents were authorized by the Court, **the Court takes no position regarding any claims or defenses** and there is no assurance that the Court will grant any relief to the Plaintiff in this case. The Court has not yet made any decision regarding the merits of the parties' claims or defenses.

**5.      YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT**

If you meet the definition for the Collective group identified in Section 3, you are eligible to participate in this lawsuit.

There is no cost to you to participate, but there is no guarantee of any recovery either. If a violation of the FLSA is proven, you will be eligible to recover damages as allowed by law.

**It is entirely your own decision whether to join this lawsuit.**

**6.      EFFECT OF JOINING THIS LAWSUIT**

If you choose to join this lawsuit, you will be bound by any settlement or judgment on any claim you may have under the FLSA, whether favorable or unfavorable. That means, if Plaintiff wins or settles, you may be eligible to share in any monetary award; if Plaintiff loses, no money will be awarded, and you will not be able to file another lawsuit regarding the specific matters raised in this lawsuit.

While this lawsuit is proceeding, you may be required to respond under oath to written questions, to have your deposition taken under oath, to produce documents, and/or to testify in court at a trial or hearing at the U.S. District Courthouse in Grand Rapids, Michigan.

By joining this lawsuit, you are designating the attorneys identified in Section 7 to represent your interest. In addition, you agree that the Plaintiff may make decisions on your behalf regarding this lawsuit, including the manner and method of conducting the suit. If you elect to voluntarily join this lawsuit, you are designating the Plaintiff as your agent to make decisions on your behalf in this lawsuit and agreeing that the decisions and agreements made by the Plaintiff will be binding on you.

The Fair Labor Standards Act contains a limitations period of at least two years and potentially up to three years for the filing of a claim for unpaid overtime wages, after which the claim is forever barred. The statute of limitations on your claim for unpaid overtime wages will not stop running unless and until you elect to submit the enclosed Consent to Join Form and that form is filed with the Court. If you decide not to submit a Consent to Join Form in this Lawsuit, you should consult with your own attorney as to how the statute of limitations applies to your claim.

**7.      NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT**

If you choose not to join this lawsuit, you will not be affected or bound by any judgment, favorable or unfavorable, on any claims brought under the FLSA alleged in this lawsuit. You will retain all rights, if any, that you may have under the FLSA and may file your own lawsuit or complaint with the U.S. Department of Labor, subject to the time limitations set by law.

YOUR LEGAL REPRESENTATION IF YOU JOIN

If you join the lawsuit, the attorneys retained to represent the Plaintiff and the Collective group are:

Kevin J. Stoops, Esq.
Paulina R. Kennedy, Esq.
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
pkennedy@sommerspc.com

If you choose to join this lawsuit, the attorneys listed above will represent you unless you obtain your own attorney to file your own separate case. You are not required to pay attorneys' fees or court costs at this time. If Plaintiff prevails, Plaintiff's counsel will seek an order requiring Defendant to pay their reasonable attorneys' fees and litigation expenses. The Court must approve any award of attorneys' fees and/or litigation expenses.

You have the option to retain an attorney of your own choice to represent you.

**8.      HOW TO JOIN THIS LAWSUIT**

If you wish to join this lawsuit, you must complete, sign, and return the Consent to Join From by scanning the QR code below and submitting the Consent to Join From online, or signing and returning the Consent to Join Form in the envelope provided via e-mail, fax, or mail to:

Notice Administrator name  
Notice Administrator e-mail  
Notice Administrator phone  
Notice Administrator fax number  

[INSERT QR CODE]

Your signed Consent to Join Form must be completed and submitted online, emailed, faxed, or postmarked by [60 days from first mailing, text or email date]**, 2024,** for you to be eligible to participate in this lawsuit. Plaintiff's counsel will file your completed Consent to Join Form with the Court upon receipt. Until the Consent to Join Form is filed with the Court, the statute of limitations ordinarily continues to run, and you will not be entitled to receive compensation for the days during which you delay sending in your Consent to Join Form.

**9.** **DEADLINE**

Your completed Consent to Join Form must be completed and submitted online, emailed, faxed or postmarked by [60 days from first mailing, text or email date]**, 2024** in order to be eligible to participate in the lawsuit. If you have already submitted a Consent to Join Form for this case prior to receiving this Notice, then you do not need to submit another one at this time.

**10.** **NO RETALIATION PERMITTED**

The FLSA prohibits employers from discriminating or retaliating against any person for filing a lawsuit, a claim for compensation, assisting or testifying in a lawsuit under the FLSA, or participating in a proceeding or exercising rights under the FLSA.

**11.** **FURTHER INFORMATION**

For further information about this lawsuit, you may contact Plaintiff's counsel by mail at the address listed above.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS LAWSUIT**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **JASON GEER**, individually and on behalf of all others similarly situated, | : : : | Case No: 1:23-cv-01058 |
| Plaintiffs, | : : | Hon. Robert J. Jonker |
| v. | : : | |
| **TH PLASTICS, INC.**, a corporation. | : : | |
| Defendant. | : : : | |

**CONSENT TO JOIN**

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), I hereby consent to join and act as a plaintiff in the above-captioned lawsuit.

2. I worked for TH Plastics, Inc. as an hourly employee and I agree to be bound by any adjudication or court rulings in this lawsuit, whether favorable or unfavorable. I understand that reasonable litigation expenses expended by Plaintiffs' counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' counsel will petition the Court for an award of attorneys' fees from any settlement or judgment.

3. I hereby designate the Sommers Schwartz, P.C. firm to represent me in this lawsuit.

Signature: _____

Print Name: _____

Date Signed: _____

5

## Contact Information

*The information requested on this page is for internal attorney use and will <u>not</u> be shared with your employer or filed with the court.*

Name(s): _____
(Please list all names you use or are known by)

Street Address and Mailing Address if different: _____

City, State & Zip Code (to receive mail): _____

Telephone: _____  Cell Phone: _____

Personal Email Address(es): _____

Job Title(s): _____  Supervisor(s): _____

Primary Work Location: _____  Last Hourly Rate: _____

Employment Start Date: _____  Employment End Date: _____

### Additional Terms & Information

Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), permits employees to band together to enforce their rights to minimum wages and overtime pay.

It is illegal for an employer to retaliate against an individual for exercising his or her rights (such as by participating in this lawsuit, or by submitting this document, or talking to attorneys about his or her rights to full compensation for work performed).

Unless you retain other legal counsel, at your own expense, you will be represented in this class / collective action lawsuit by the Sommers Schwartz, P.C. ("class counsel").  No prepayment of legal fees or costs is required.  If the class or collective action is later de-certified, class counsel will inform you of your options; and class counsel may ask you to enter into a separate written retainer agreement at that time.

By joining this lawsuit, you agree to stay in contact with class counsel throughout the pendency of the lawsuit and to provide timely assistance to the attorneys and their staff, including preserving and providing documents and discovery responses, returning phone calls and emails, and testifying at depositions and trial.  Please advise class counsel immediately of any change of address or employment; any bankruptcy filing; or any criminal conviction.

Attorneys shall be entitled to no fee unless awarded/approved by the court.  In addition, any costs advanced by class counsel may be deducted from any amount you receive on a pro rata basis with all other plaintiffs.

Whether you have a claim or are entitled to damages cannot be determined until we review your information and employment history. Class counsel makes no guarantees or representations about the probable outcome of this lawsuit.

If you ever have questions or need to talk to class counsel, we can be contacted as follows:

Kevin J. Stoops<br>
One Towne Square, 17th Floor<br>
Southfield, MI 48076<br>
(248) 335-0300

6

# EXHIBIT B

***Attention all current and former hourly employees who worked for TH Plastics, Inc. during the past three years and were paid incentive pay and/or an attendance bonus.*** You are eligible to join a pending collective action lawsuit against TH Plastics, Inc. ("Defendant") which seeks to recover unpaid overtime wages that are owed to you. You were sent, via U.S. mail and email (to your latest address on file with Defendant), a detailed NOTICE explaining your legal rights. It is highly recommended that you check your email and mailing address for this NOTICE and read it carefully so you can make an informed decision. If you need another copy sent to you, please contact the attorney appointed by the court to serve as counsel for the agents:

Kevin J. Stoops, Esq.
Paulina R. Kennedy, Esq.
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
kstoops@sommerspc.com
pkennedy@sommerspc.com
Phone: (248) 335-0300
