UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JASON GEER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

TH PLASTICS, INC., a corporation,

        Defendant.

Case No. 1:23-cv-01058

Hon. Robert J. Jonker

## STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties, pursuant to Paragraph I.2 of the parties' Settlement Agreement and Specific Release (ECF No. 28-3, PageID.186) and the Court's Order Approving FLSA Settlement (ECF No. 30),

IT IS ORDERED that this action be and hereby is dismissed with prejudice.

Dated: January 7, 2025

/s/ Robert J. Jonker
Honorable Robert J. Jonker
U.S. District Judge

Approved as to form and content:

*/s/ Kevin J. Stoops (w/permission)*
Paulina Rose Kennedy
Kevin J. Stoops
Sommers Schwartz PC
One Towne Sq., Ste. 1700
Southfield, MI 48076
(248) 748-4055
pkennedy@sommerspc.com
kstoops@sommerspc.com

Dated: January 6, 2025

*/s/ Dean F. Pacific*
Dean F. Pacific
Daniel Brookins
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave. NW, Ste. 1500
Grand Rapids, Michigan 49503-2487
(616) 752-2000
dpacific@wnj.com
dbrookins@wnj.com
*Attorneys for Defendant*

Dated: January 6, 2025